# Exhibit 3

Method Claim: 1

| US10055123 | Ninja Dragon Blade K 4 Way Anti Collision Smart Drone ("The accused product") |
|---|---|
| 1. A method for changing information via a target communication device by performing a specific interaction, the information originating from a user of a mobile device, the method comprising: | The accused product discloses a method for changing information (e.g., waypoint coordinates on a map, etc.) via a target communication device (e.g., the accused product) by performing a specific interaction (e.g., tapping flight path icon), the information (e.g., waypoint coordinates, etc.) originating from a user (e.g., an owner of the accused product) of a mobile device (e.g., a mobile device with WiFi cam app installed).<br><br>As shown below, the accused product allows a user to control it via a remote controller with WiFi cam app. A waypoint is defined as a location on a map specified by a user to determine the flight path of the drone. The user can create waypoints through the Wifi Cam application by selecting desired positions on the map. The user defined waypoint data is transmitted to the accused product, and the flight path is updated automatically.<br><br> |

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow

Ninja Dragon Blade K 4 Way Obstacle Avoidance Smart Drone with Optical Flow

The Ninja Dragon Blade K is equipped with cutting-edge technology that ensures a smooth and stable flight experience. With its 4-way anti-collision system, you can confidently navigate through any obstacle in your path. The optical flow sensor enables precise hovering and accurate positioning, making it easier than ever to capture stunning aerial shots.

Designed with user-friendliness in mind, the Ninja Dragon Blade K features intuitive controls that allow even beginners to fly like pros. With its one-key takeoff and landing function, you can effortlessly launch and land your drone with a single press of a button. The altitude hold feature ensures steady flight at a desired height, while the headless mode eliminates the need to adjust the drone's orientation, making it perfect for beginners.

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow

- Map out your own aerial journey with the Ninja Dragon Blade K and let your aircraft chart the course without you!

- Way-point Flight: Plan your flying route by drawing the dots on the built-in map on the App, recording the beautiful scenery along the route.

- 2.4GHz anti-interference technology.

- Experience smooth flying with 4 channels for ascension, descent, forward, backward, leftward, rightward and delightful 360°rolls!

- Function: up / down, front / back, left / right turn, lateral flight, three-level flight speed, around flight, waypoint flight, altitude hold mode, headless mode, one key return, one key take off and landing, WiFi FPV, dual camera / video, Infrared Obstacle Avoidance

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow



a target communication device



**Ninja Dragon Blade K 4K Drone with 4-Way Anti-Collision & Optical Flow**

★★☆☆☆  2 Reviews

Sold Out

**Deal Price**          $86.99

Suggested Price     $169.99 ⓘ

You save 48%

**Brand** Onetify

**View similar items**

https://shop.popsci.com/sales/ninja-dragon-blade-k-4k-drone-with-anti-collision-and-optical-flow

Package Included:

1 x Blade K
1 x Remote Controller
1 x 3.7V Battery
1 x USB Charging Cable
2 x Spare Blade

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow

As shown below, for an exemplary Ninja dragons drone, a user can clamp a mobile device in the mobile phone rack of the remote controller.



https://cdn.shopify.com/s/files/1/0251/2561/7763/files/
Alpha_Z_PRO_Operation_Manual.pdf?v=1679280997



6.  Please download the app from App Store or Google Play and install it



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079



https://play.google.com/store/apps/details?id=com.tzh.wifi.wificam.activity&hl=en_US

https://play.google.com/store/apps/details?id=com.tzh.wifi.wificam.activity&hl=en_US

7. Turn on the wifi from your mobile phone and do a quick scan

8. Select **"WIFI_FPV_XXX"** and connect

9. Open the app and tap "START" on the top right hand corner



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079



https://www.youtube.com/watch?v=epvQBU_wkH8

As shown below, for an exemplary Ninja dragons drone, the user defines the waypoint (e.g., information generating from the first user) on the map through the WiFi cam app, and the remote controller sends the waypoint data to the accused product. the accused product receives the defined waypoints and automatically updates the flight path (e.g., automatically changing information).



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079

| searching, by the mobile device, for the target communication device among at least one communication device based on a distance between the at least one communication device and the mobile device; | The accused product discloses searching, by the mobile device (e.g., a mobile device with WiFi cam app installed), for the target communication device (e.g., the accused product) among at least one communication device (e.g., the accused product) based on a distance (e.g., distance between the accused product and the mobile device with WiFi Cam app installed) between the at least one communication device (e.g., the accused product) and the mobile device (e.g., a mobile device with WiFi cam app installed). |
| --- | --- |
| | As shown below, the mobile device with WiFi cam app installed searches for nearby Wi-Fi networks and connects to the accused product through its Wi-Fi network (e.g., an ad-hoc connection), thereby establishing communication between them. |

Features:

- Foldable arms, small size, easy to carry.

- Capture crisp visuals from all angles with the Drone's integrated HD dual wide-angle camera. Enjoy wide range HD photos and videos that astound!

-Enjoy the convenience of connecting with the Wi-Fi function to your APP or APK system, allowing you to take stunning pictures and videos with your phone's camera while transmitting in real time.

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow



**Remote control**

1、 **Mobile phone rack**
Pull out the remote control lower bracket, clamp the phone.

https://cdn.shopify.com/s/files/1/0251/2561/7763/files/Alpha_Z_PRO_Operation_Manual.pdf?v=1679280997



https://www.youtube.com/watch?v=lpMcENQQL74



**MAP OUT YOUR OWN AERIAL JOURNEY WITH THE**

https://www.youtube.com/watch?v=lpMcENQQL74

## The remote control controls the recording



Video, camera keys (and mobile phone APP on the video, take pictures of a key, when using the remote control to control the aircraft through the remote control on the video, like the camera can also start WIFI film video or camera)

prompt:

1. WIFI aerial version of the phone after 20 seconds after the phone can find WIFI connection and remote control to start the video or take pictures

2. When there is no connection to the APP must be guaranteed WIFI flight card on the SD card storage space remote control camera on the camera button has a role.

| | |
|---|---|
| | https://cdn.shopify.com/s/files/1/0251/2561/7763/files/Alpha_Z_PRO_Operation_Manual.pdf?v=1679280997 <br><br>  <br><br> This app is specially created for 4-Axis aircraft, which allows you to see things in an real awesome way! The camera on the 4-Axis aircraft transmits footage back to your smart device in real time. <br> NOTE, please read the instruction carefully before you take off. <br> Main function: <br> 1. Real time display of the image from 4-Axis aircraft via WIFI <br> 2. Take photo and video from 4-Axis aircraft via WIFI transmission; <br> 3. Review the photo and video files. <br><br> https://play.google.com/store/apps/details?id=com.tzh.wifi.wificam.activity&hl=en_US |
| establishing, by the mobile device, a communication channel with the target communication device, in response to detection of a specified touch gesture associated with the mobile device; | The accused product discloses establishing, by the mobile device (e.g., a mobile device with WiFi cam app installed), a communication channel (e.g., a Wi-Fi channel) with the target communication device (e.g., the accused product), in response to detection of a specified touch gesture (e.g., tapping flight path icon) associated with the mobile device (e.g., a mobile device with WiFi cam app installed). <br><br> As shown below, when a user taps the flight path icon (e.g., touch gesture detected on the first communication device) on the remote controller with WiFi cam app, the accused product receives the user defined waypoints and automatically adjusts the flight path. |

Features:

- Foldable arms, small size, easy to carry.

- Capture crisp visuals from all angles with the Drone's integrated HD dual wide-angle camera. Enjoy wide range HD photos and videos that astound!

-Enjoy the convenience of connecting with the Wi-Fi function to your APP or APK system, allowing you to take stunning pictures and videos with your phone's camera while transmitting in real time.

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow

- Map out your own aerial journey with the Ninja Dragon Blade K and let your aircraft chart the course without you!

- Way-point Flight: Plan your flying route by drawing the dots on the built-in map on the App, recording the beautiful scenery along the route.

- 2.4GHz anti-interference technology.

- Experience smooth flying with 4 channels for ascension, descent, forward, backward, leftward, rightward and delightful 360°rolls!

- Function: up / down, front / back, left / right turn, lateral flight, three-level flight speed, around flight, waypoint flight, altitude hold mode, headless mode, one key return, one key take off and landing, WiFi FPV, dual camera / video, Infrared Obstacle Avoidance

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow



**WiFi_CAM**

About this app

&times;

This app is specially created for 4-Axis aircraft, which allows you to see things in an real awesome way! The camera on the 4-Axis aircraft transmits footage back to your smart device in real time.
NOTE, please read the instruction carefully before you take off.
Main function:
1. Real time display of the image from 4-Axis aircraft via WIFI
2. Take photo and video from 4-Axis aircraft via WIFI transmission;
3. Review the photo and video files.
https://play.google.com/store/apps/details?id=com.tzh.wifi.wificam.activity&hl=en_US



https://www.youtube.com/watch?v=lpMcENQQL74

7. Turn on the wifi from your mobile phone and do a quick scan

8. Select **"WIFI_FPV_XXX"** and connect

9. Open the app and tap "START" on the top right hand corner



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079

As shown below, for an exemplary drone, when the user taps the flight path icon (e.g., a touch gesture) on the app, the accused product receives the user defined waypoints and automatically adjusts the flight path.



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?
wpdmdl=64824&refresh=69f86f37e07f71777889079

| receiving, by the mobile device, data related to the specific interaction from the target communication device; | The accused product discloses receiving, by the mobile device (e.g., a mobile device with WiFi cam app installed), data related to the specific interaction (e.g., current waypoint location of the accused product) from the target communication device (e.g., the accused product).<br><br>As shown below, the mobile device receives data such as current waypoint location from the accused product for the adjusting the flight path. |

|  | - Map out your own aerial journey with the Ninja Dragon Blade K and let your aircraft chart the course without you!<br><br>- Way-point Flight: Plan your flying route by drawing the dots on the built-in map on the App, recording the beautiful scenery along the route.<br><br>- 2.4GHz anti-interference technology.<br><br>- Experience smooth flying with 4 channels for ascension, descent, forward, backward, leftward, rightward and delightful 360°rolls!<br><br>- Function: up / down, front / back, left / right turn, lateral flight, three-level flight speed, around flight, waypoint flight, altitude hold mode, headless mode, one key return, one key take off and landing, WiFi FPV, dual camera / video, Infrared Obstacle Avoidance<br><br>https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow |



https://www.youtube.com/watch?v=epvQBU_wkH8

| | |
|---|---|
| | 7. Turn on the wifi from your mobile phone and do a quick scan<br><br>8. Select **"WIFI_FPV_XXX"** and connect<br><br>9. Open the app and tap "START" on the top right hand corner<br><br><br><br>https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079 |
| transmitting, by the mobile device, the data related to the | The accused product discloses transmitting, by the mobile device (e.g., a mobile device with WiFi ca app installed), the data related to the specific interaction (e.g., current waypoint location of the accused product) to a server (e.g., a remote WiFi cam app server). |

| | |
|---|---|
| specific interaction to a server; and | As shown below, the mobile device receives data such as current waypoint location from the accused product. Further, the mobile device transmits the waypoint data to a server for further processing. <br><br> - Map out your own aerial journey with the Ninja Dragon Blade K and let your aircraft chart the course without you! <br><br> - Way-point Flight: Plan your flying route by drawing the dots on the built-in map on the App, recording the beautiful scenery along the route. <br><br> - 2.4GHz anti-interference technology. <br><br> - Experience smooth flying with 4 channels for ascension, descent, forward, backward, leftward, rightward and delightful 360°rolls! <br><br> - Function: up / down, front / back, left / right turn, lateral flight, three-level flight speed, around flight, waypoint flight, altitude hold mode, headless mode, one key return, one key take off and landing, WiFi FPV, dual camera / video, Infrared Obstacle Avoidance <br><br> https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow |



https://www.youtube.com/watch?v=lpMcENQQL74



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079

| permitting the server to update the information originating from the user of the mobile device stored in the server or a storage device associated with the server based on the data related to the specific interaction, wherein | The accused product discloses permitting the server (e.g., remote WiFi Cam app server) to update the information (e.g., flight path) originating from the user (e.g., an owner of the accused product) of the mobile device (e.g., a mobile device with WiFi Cam app installed) stored in the server (e.g., remote WiFi Cam app server) or a storage device associated with the server based on the data (e.g., current waypoint location, etc.) related to the specific interaction (e.g., defining waypoints). |
|---|---|
| | As shown below, the mobile device receives data such as current waypoint location from the accused product. Further, the mobile device transmits the waypoint data to a server for further processing. The server uses the transmitted data to update user-related information such as the defined flight path or waypoint sequence for adjusting the flight |

- Map out your own aerial journey with the Ninja Dragon Blade K and let your aircraft chart the course without you!

- Way-point Flight: Plan your flying route by drawing the dots on the built-in map on the App, recording the beautiful scenery along the route.

- 2.4GHz anti-interference technology.

- Experience smooth flying with 4 channels for ascension, descent, forward, backward, leftward, rightward and delightful 360°rolls!

- Function: up / down, front / back, left / right turn, lateral flight, three-level flight speed, around flight, waypoint flight, altitude hold mode, headless mode, one key return, one key take off and landing, WiFi FPV, dual camera / video, Infrared Obstacle Avoidance

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow



https://www.youtube.com/watch?v=lpMcENQQL74



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079

| | |
|---|---|
| the mobile device is configured to run an application program related to the specific interaction in either in a background or a foreground of the mobile device, and | The accused product discloses the mobile device (e.g., a mobile device with WiFi Cam app installed) is configured to run an application program (e.g., WiFi Cam app) related to the specific interaction (e.g., defining waypoints, etc.) in either in a background or a foreground (e.g., operates in active screen) of the mobile device (e.g., a mobile device with WiFi Cam app installed).<br><br>As shown below, the mobile device runs the WiFi Cam app for defining waypoints, and the app operates in the foreground during the process. |

- Map out your own aerial journey with the Ninja Dragon Blade K and let your aircraft chart the course without you!

- Way-point Flight: Plan your flying route by drawing the dots on the built-in map on the App, recording the beautiful scenery along the route.

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow

Designed with user-friendliness in mind, the Ninja Dragon Blade K features intuitive controls that allow even beginners to fly like pros. With its one-key takeoff and landing function, you can effortlessly launch and land your drone with a single press of a button. The altitude hold feature ensures steady flight at a desired height, while the headless mode eliminates the need to adjust the drone's orientation, making it perfect for beginners.

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow



6. Please download the app from App Store or Google Play and install it



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079



https://play.google.com/store/apps/details?id=com.tzh.wifi.wificam.activity&hl=en_US

https://play.google.com/store/apps/details?id=com.tzh.wifi.wificam.activity&hl=en_US

7. Turn on the wifi from your mobile phone and do a quick scan

8. Select **"WIFI_FPV_XXX"** and connect

9. Open the app and tap "START" on the top right hand corner



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079



https://www.youtube.com/watch?v=epvQBU_wkH8

As shown below, for an exemplary Ninja dragons drone, the user defines the waypoint (e.g., information generating from the first user) on the map through the WiFi cam app, and the remote controller sends the waypoint data to the accused product. the accused product receives the defined waypoints and automatically updates the flight path (e.g., automatically changing information).



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079

| the target communication device is configured to run a specific interaction related program, the specific interaction related program configured to send information to the mobile device in | The accused product discloses the target communication device (e.g., the accused product) is configured to run a specific interaction (e.g. defining waypoints) related program (e.g., WiFi Cam app), the specific interaction (e.g., defining waypoints) related program (e.g., WiFi Cam app) configured to send information (e.g., flight path, etc.) to the mobile device (e.g., a mobile device with WiFi Cam app installed) in response to the user (e.g., an owner of the accused product) providing an input (e.g., defining waypoints via the mobile device input to the accused product) to the target communication device (e.g., the accused product), the information (e.g., flight path, etc.) being associated with the specific interaction (e.g., defining waypoints). |

| response to the user providing an input to the target communication device, the information being associated with the specific interaction. | As shown below, the accused product runs its internal software that supports operations such as adjusting flight path. When a user sets or changes waypoints in the app, the data is sent from the mobile device to the accused product. The received data is processed by the server to update stored flight path information. Thus, when a user taps the flight path icon (e.g., touch gesture detected on the first communication device) on the remote controller with WiFi Cam app, the accused product receives the user defined waypoints and automatically update its flight path.<br><br>- Map out your own aerial journey with the Ninja Dragon Blade K and let your aircraft chart the course without you!<br><br>- Way-point Flight: Plan your flying route by drawing the dots on the built-in map on the App, recording the beautiful scenery along the route.<br><br>https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow<br><br>Designed with user-friendliness in mind, the Ninja Dragon Blade K features intuitive controls that allow even beginners to fly like pros. With its one-key takeoff and landing function, you can effortlessly launch and land your drone with a single press of a button. The altitude hold feature ensures steady flight at a desired height, while the headless mode eliminates the need to adjust the drone's orientation, making it perfect for beginners.<br><br>https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow |



6. Please download the app from App Store or Google Play and install it



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079



https://play.google.com/store/apps/details?id=com.tzh.wifi.wificam.activity&hl=en_US

https://play.google.com/store/apps/details?id=com.tzh.wifi.wificam.activity&hl=en_US

7. Turn on the wifi from your mobile phone and do a quick scan

8. Select **"WIFI_FPV_XXX"** and connect

9. Open the app and tap "START" on the top right hand corner



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079



https://www.youtube.com/watch?v=epvQBU_wkH8

As shown below, for an exemplary Ninja dragons drone, the user defines the waypoint (e.g., information generating from the first user) on the map through the WiFi cam app, and the remote controller sends the waypoint data to the accused product. the accused product receives the defined waypoints and automatically updates the flight path (e.g., automatically changing information).



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079