# Exhibit 4

Method Claim: 1

| US9288610 | Ninja Dragon Blade K 4 Way Anti Collision Smart Drone ("The accused product") |
|---|---|
| 1. A method for automatically changing information originating from at least one of a first user and a second user by using a communication device, the method comprising steps of: | The accused product discloses a method for automatically changing information (e.g., waypoint coordinates on a map, etc.) originating from at least one of a first user (e.g., an owner of the accused product) and a second user by using a communication device (e.g., a mobile device with Wifi_Cam app installed).<br><br>As shown below, the accused product allows a user to control it via a remote controller with WiFi cam app. A waypoint is defined as a location on a map specified by a user to determine the flight path of the drone. The user can create waypoints through the Wifi Cam application by selecting desired positions on the map. The user defined waypoint data is transmitted to the accused product, and the flight path is updated automatically.<br><br> |

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow

Ninja Dragon Blade K 4 Way Obstacle Avoidance Smart Drone with Optical Flow

The Ninja Dragon Blade K is equipped with cutting-edge technology that ensures a smooth and stable flight experience. With its 4-way anti-collision system, you can confidently navigate through any obstacle in your path. The optical flow sensor enables precise hovering and accurate positioning, making it easier than ever to capture stunning aerial shots.

Designed with user-friendliness in mind, the Ninja Dragon Blade K features intuitive controls that allow even beginners to fly like pros. With its one-key takeoff and landing function, you can effortlessly launch and land your drone with a single press of a button. The altitude hold feature ensures steady flight at a desired height, while the headless mode eliminates the need to adjust the drone's orientation, making it perfect for beginners.

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow

- Map out your own aerial journey with the Ninja Dragon Blade K and let your aircraft chart the course without you!

- Way-point Flight: Plan your flying route by drawing the dots on the built-in map on the App, recording the beautiful scenery along the route.

- 2.4GHz anti-interference technology.

- Experience smooth flying with 4 channels for ascension, descent, forward, backward, leftward, rightward and delightful 360°rolls!

- Function: up / down, front / back, left / right turn, lateral flight, three-level flight speed, around flight, waypoint flight, altitude hold mode, headless mode, one key return, one key take off and landing, WiFi FPV, dual camera / video, Infrared Obstacle Avoidance

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow



https://shop.popsci.com/sales/ninja-dragon-blade-k-4k-drone-with-anti-collision-and-optical-flow

Package Included:

1 x Blade K
1 x Remote Controller
1 x 3.7V Battery
1 x USB Charging Cable
2 x Spare Blade

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow

As shown below, for an exemplary Ninja dragons drone, a user can clamp a mobile device in the mobile phone rack of the remote controller.



https://cdn.shopify.com/s/files/1/0251/2561/7763/files/Alpha_Z_PRO_Operation_Manual.pdf?v=1679280997

https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079



https://play.google.com/store/apps/details?id=com.tzh.wifi.wificam.activity&hl=en_US

https://play.google.com/store/apps/details?id=com.tzh.wifi.wificam.activity&hl=en_US

7. Turn on the wifi from your mobile phone and do a quick scan

8. Select **"WIFI_FPV_XXX"** and connect

9. Open the app and tap "START" on the top right hand corner



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079



https://www.youtube.com/watch?v=epvQBU_wkH8

As shown below, for an exemplary Ninja dragons drone, the user defines the waypoint (e.g., information generating from the first user) on the map through the WiFi cam app, and the remote controller sends the waypoint data to the accused product. the accused product receives the defined waypoints and automatically updates the flight path (e.g., automatically changing information).



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079

| (a) a first communication device of the first user searching for at least one second communication device of at least one second user as a target with which to perform a specific interaction | The accused product discloses a first communication device (e.g., a mobile device with WiFi Cam app installed) of the first user (e.g., an owner of the accused product) searching for at least one second communication device (e.g., the accused product) of at least one second user as a target with which to perform a specific interaction (e.g., defining waypoints) within a predetermined distance therefrom or searching for at least one second communication device (e.g., the accused product) connected to an access point (AP), an ad-hoc network (e.g., Wi-Fi network), or a base station of a cellular network to which the first communication device (e.g., a mobile device with WiFi cam app installed) is connected. |

| | |
|---|---|
| within a predetermined distance therefrom or searching for at least one second communication device connected to an access point (AP), an ad-hoc network, or a base station of a cellular network to which the first communication device is connected; | As shown below, the mobile device with WiFi cam app installed searches for nearby Wi-Fi networks and connects to the accused product through its Wi-Fi network (e.g., an ad-hoc connection), thereby establishing communication between them. Further, when the user connects to the network and defines waypoints (e.g., a specific interaction) on the app, the accused product receives the waypoints and adjusts flight path automatically. Features: - Foldable arms, small size, easy to carry. - Capture crisp visuals from all angles with the Drone's integrated HD dual wide-angle camera. Enjoy wide range HD photos and videos that astound! -Enjoy the convenience of connecting with the Wi-Fi function to your APP or APK system, allowing you to take stunning pictures and videos with your phone's camera while transmitting in real time. https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow |



## Remote control

**1、 Mobile phone rack**
Pull out the remote control lower bracket, clamp the phone.

https://cdn.shopify.com/s/files/1/0251/2561/7763/files/
Alpha_Z_PRO_Operation_Manual.pdf?v=1679280997



https://www.youtube.com/watch?v=lpMcENQQL74



**MAP OUT YOUR OWN AERIAL JOURNEY WITH THE**

https://www.youtube.com/watch?v=lpMcENQQL74

## The remote control controls the recording



Video, camera keys (and mobile phone APP on the video, take pictures of a key, when using the remote control to control the aircraft through the remote control on the video, like the camera can also start WIFI film video or camera)
prompt:
1. WIFI aerial version of the phone after 20 seconds after the phone can find WIFI connection and remote control to start the video or take pictures
2. When there is no connection to the APP must be guaranteed WIFI flight card on the SD card storage space remote control camera on the camera button has a role.

| | https://cdn.shopify.com/s/files/1/0251/2561/7763/files/Alpha_Z_PRO_Operation_Manual.pdf?v=1679280997 <br><br>   <br><br> This app is specially created for 4-Axis aircraft, which allows you to see things in an real awesome way! The camera on the 4-Axis aircraft transmits footage back to your smart device in real time. NOTE, please read the instruction carefully before you take off. <br> Main function: <br> 1. Real time display of the image from 4-Axis aircraft via WIFI <br> 2. Take photo and video from 4-Axis aircraft via WIFI transmission; <br> 3. Review the photo and video files. <br> https://play.google.com/store/apps/details?id=com.tzh.wifi.wificam.activity&hl=en_US |
|---|---|
| (a0) selecting at least one specific second communication device from among the searched at least one second communication device to change the user-originating information; | The accused product discloses selecting at least one specific second communication device (e.g., the accused product) from among the searched at least one second communication device (e.g., the accused product) to change the user-originating information (e.g., defined waypoints, etc.). <br><br> As shown below, the mobile device with the WiFi Cam app installed searches for nearby Wi-Fi networks and connects to the accused product's Wi-Fi network, thereby establishing a connection between them. The user selects this specific network from the available list to enable communication. Further, when connected, the user can define waypoints for adjusting flight path of the accused product. |



https://www.youtube.com/watch?v=lpMcENQQL74



### Ninja Dragon Blade K 4K Drone with 4-Way Anti-Collision & Optical Flow

★★☆☆☆ 2 Reviews

Sold Out

**Deal Price**          $86.99

Suggested Price          $169.99 ⓘ

You save 48%

Brand Onetify

**View similar items**

a second communication device

https://shop.popsci.com/sales/ninja-dragon-blade-k-4k-drone-with-anti-collision-and-optical-flow

- Map out your own aerial journey with the Ninja Dragon Blade K and let your aircraft chart the course without you!

- Way-point Flight: Plan your flying route by drawing the dots on the built-in map on the App, recording the beautiful scenery along the route.

- 2.4GHz anti-interference technology.

- Experience smooth flying with 4 channels for ascension, descent, forward, backward, leftward, rightward and delightful 360°rolls!

- Function: up / down, front / back, left / right turn, lateral flight, three-level flight speed, around flight, waypoint flight, altitude hold mode, headless mode, one key return, one key take off and landing, WiFi FPV, dual camera / video, Infrared Obstacle Avoidance

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow



6. Please download the app from App Store or Google Play and install it



https://cdn.shopify.com/s/files/1/1515/3818/files/Flying_Fox_Quick_Start_Manual.pdf?v=1652342904



**WiFi_CAM**

About this app

×

This app is specially created for 4-Axis aircraft, which allows you to see things in an real awesome way! The camera on the 4-Axis aircraft transmits footage back to your smart device in real time. NOTE, please read the instruction carefully before you take off.

Main function:

1. Real time display of the image from 4-Axis aircraft via WIFI
2. Take photo and video from 4-Axis aircraft via WIFI transmission;
3. Review the photo and video files.

https://play.google.com/store/apps/details?id=com.tzh.wifi.wificam.activity&hl=en_US

7. Turn on the wifi from your mobile phone and do a quick scan

8. Select **"WIFI_FPV_XXX"** and connect ──── **selecting atleast one specific second communication device**

9. Open the app and tap "START" on the top right hand corner



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079

| (b) the first communication device transmitting to, or receiving from, the specific second communication device | The accused product discloses the first communication device (e.g., a mobile device with Wifi Cam app installed) transmitting to (e.g., transmitting waypoint data to the accused product) or receiving from, the specific second communication device (e.g., the accused product) data (e.g., waypoint coordinates, etc.) related to a specific interaction (e.g., defining waypoints), if a specified touch gesture (e.g., tapping flight path icon) is detected in the first communication device (e.g., a mobile device with Wifi Cam app |

| | |
|---|---|
| data related to a specific interaction, if a specified touch gesture is detected in the first communication device; and<br><br>**Col 4: lines 33-37**<br><br>*First, the touch screen 210 may perform a function of receiving a touch gesture from the user. The touch screen 210 reads a touch position of the user. The control part 250 may determine <u>a type of touch gesture, e.g., tap,</u> long-press, drag, or swipe gestures, by using the read touch position.* | installed).<br><br>As shown below, when a user taps the flight path icon (e.g., touch gesture detected on the first communication device) on the remote controller with WiFi Cam app, the accused product receives the user defined waypoints and automatically adjusts the flight path.<br><br><br>a second communication device<br><br>https://shop.popsci.com/sales/ninja-dragon-blade-k-4k-drone-with-anti-collision-and-optical-flow |

Features:

- Foldable arms, small size, easy to carry.

- Capture crisp visuals from all angles with the Drone's integrated HD dual wide-angle camera. Enjoy wide range HD photos and videos that astound!

-Enjoy the convenience of connecting with the Wi-Fi function to your APP or APK system, allowing you to take stunning pictures and videos with your phone's camera while transmitting in real time.

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow



https://www.youtube.com/watch?v=lpMcENQQL74

- Map out your own aerial journey with the Ninja Dragon Blade K and let your aircraft chart the course without you!

- Way-point Flight: Plan your flying route by drawing the dots on the built-in map on the App, recording the beautiful scenery along the route.

- 2.4GHz anti-interference technology.

- Experience smooth flying with 4 channels for ascension, descent, forward, backward, leftward, rightward and delightful 360°rolls!

- Function: up / down, front / back, left / right turn, lateral flight, three-level flight speed, around flight, waypoint flight, altitude hold mode, headless mode, one key return, one key take off and landing, WiFi FPV, dual camera / video, Infrared Obstacle Avoidance

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow



**WiFi_CAM**

About this app                                                                                    ✕

This app is specially created for 4-Axis aircraft, which allows you to see things in an real awesome way! The camera on the 4-Axis aircraft transmits footage back to your smart device in real time.
NOTE, please read the instruction carefully before you take off.
Main function:
1. Real time display of the image from 4-Axis aircraft via WIFI
2. Take photo and video from 4-Axis aircraft via WIFI transmission;
3. Review the photo and video files.
https://play.google.com/store/apps/details?id=com.tzh.wifi.wificam.activity&hl=en_US



https://www.youtube.com/watch?v=IpMcENQQL74

7. Turn on the wifi from your mobile phone and do a quick scan

8. Select **"WIFI_FPV_XXX"** and connect

9. Open the app and tap "START" on the top right hand corner



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079

As shown below, for an exemplary drone, when the user taps the flight path icon (e.g., a touch gesture) on the app, the accused product receives the user defined waypoints and automatically adjusts the flight path.



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079

| (c) at least one of the first and the second communication devices allowing a server to update the information originating from at least one of the first user and the second user stored in the server or a | The accused product discloses at least one of the first (e.g., a mobile device with Wifi Cam app installed) and the second communication devices (e.g., the accused product) allowing a server (e.g., a server of the WiFi cam app) to update the information (e.g., flight path, etc.) originating from at least one of the first user (e.g., an owner of the accused product) and the second user stored in the server or a storage device interacted with the server (e.g., server of the WiFi_Cam application) by referring to the transmitted data (e.g., waypoint coordinates, etc.) related to the specific interaction (e.g., tapping flight path icon). |
| --- | --- |

| | |
|---|---|
| storage device interacted with the server by referring to the transmitted data related to the specific interaction, | As shown below, when a user sets or changes waypoints in the app, the data is sent from the mobile device to the accused product via a remote server. The received data is processed by the server to update stored flight path information. Thus, when a user taps the flight path icon (e.g., touch gesture detected on the first communication device) on the remote controller with Wifi Cam app, the accused product receives the user defined waypoints and automatically update its flight path.<br><br>Features:<br><br>- Foldable arms, small size, easy to carry.<br><br>- Capture crisp visuals from all angles with the Drone's integrated HD dual wide-angle camera. Enjoy wide range HD photos and videos that astound!<br><br>-Enjoy the convenience of connecting with the Wi-Fi function to your APP or APK system, allowing you to take stunning pictures and videos with your phone's camera while transmitting in real time.<br><br>https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow |



https://www.youtube.com/watch?v=lpMcENQQL74

|  | - Map out your own aerial journey with the Ninja Dragon Blade K and let your aircraft chart the course without you!<br><br>- Way-point Flight: Plan your flying route by drawing the dots on the built-in map on the App, recording the beautiful scenery along the route.<br><br>- 2.4GHz anti-interference technology.<br><br>- Experience smooth flying with 4 channels for ascension, descent, forward, backward, leftward, rightward and delightful 360°rolls!<br><br>- Function: up / down, front / back, left / right turn, lateral flight, three-level flight speed, around flight, waypoint flight, altitude hold mode, headless mode, one key return, one key take off and landing, WiFi FPV, dual camera / video, Infrared Obstacle Avoidance<br>https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow |



WiFi_CAM

About this app

This app is specially created for 4-Axis aircraft, which allows you to see things in an real awesome way! The camera on the 4-Axis aircraft transmits footage back to your smart device in real time. NOTE, please read the instruction carefully before you take off.
Main function:
1. Real time display of the image from 4-Axis aircraft via WIFI
2. Take photo and video from 4-Axis aircraft via WIFI transmission;
3. Review the photo and video files.
https://play.google.com/store/apps/details?id=com.tzh.wifi.wificam.activity&hl=en_US



https://www.youtube.com/watch?v=IpMcENQQL74

7. Turn on the wifi from your mobile phone and do a quick scan

8. Select **"WIFI_FPV_XXX"** and connect

9. Open the app and tap "START" on the top right hand corner



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079

As shown below, for an exemplary drone, when the user taps the flight path icon (e.g., a touch gesture) on the app, the accused product receives the user defined waypoints and automatically adjusts the flight path.



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079

| wherein the first communication device searches for the at least one second communication device based on whether the at least one second communication device has a certain | The accused product discloses wherein the first communication device (e.g., a mobile device with WiFi cam app installed) searches for the at least one second communication device (e.g., the accused product) based on whether the at least one second communication device (e.g., the accused product) has a certain application program (e.g., flight path module of the accused product) that is related to the specific interaction (e.g., defining waypoints). As shown below, the remote controller with WiFi Cam app checks the accused product's internal flight path module (e.g., a certain application program) after a connection is |
|---|---|

| application program that is related to the specific interaction, and | established. When a user sets or changes waypoints in the app, the data is sent from the mobile device to the accused product. The received data is processed by the server to update stored flight path information. Thus, when a user taps the flight path icon (e.g., touch gesture detected on the first communication device) on the remote controller with WiFi Cam app, the accused product receives the user defined waypoints and automatically update its flight path.<br><br>- Map out your own aerial journey with the Ninja Dragon Blade K and let your aircraft chart the course without you!<br><br>- Way-point Flight: Plan your flying route by drawing the dots on the built-in map on the App, recording the beautiful scenery along the route.<br><br>- 2.4GHz anti-interference technology.<br><br>- Experience smooth flying with 4 channels for ascension, descent, forward, backward, leftward, rightward and delightful 360°rolls!<br><br>- Function: up / down, front / back, left / right turn, lateral flight, three-level flight speed, around flight, waypoint flight, altitude hold mode, headless mode, one key return, one key take off and landing, WiFi FPV, dual camera / video, Infrared Obstacle Avoidance<br><br>https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow |



https://www.youtube.com/watch?v=IpMcENQQL74



**WiFi_CAM**

About this app

This app is specially created for 4-Axis aircraft, which allows you to see things in an real awesome way! The camera on the 4-Axis aircraft transmits footage back to your smart device in real time.
NOTE, please read the instruction carefully before you take off.
Main function:
1. Real time display of the image from 4-Axis aircraft via WIFI
2. Take photo and video from 4-Axis aircraft via WIFI transmission;
3. Review the photo and video files.
https://play.google.com/store/apps/details?id=com.tzh.wifi.wificam.activity&hl=en_US

| | |
|---|---|
| | 7. Turn on the wifi from your mobile phone and do a quick scan<br><br>8. Select **"WIFI_FPV_XXX"** and connect<br><br>9. Open the app and tap "START" on the top right hand corner<br><br><br><br>https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079 |
| wherein the first communication device selects the specific | The accused product discloses wherein the first communication device (e.g., a mobile device with WiFi cam app installed) selects the specific second communication device (e.g., the accused product) where the certain application (e.g., flight path module of the |

| | |
|---|---|
| second communication device where the certain application is turned on in either the background or the foreground, if there are multiple second communication devices searched. | accused product) is turned on in either the background (e.g., internally) or the foreground, if there are multiple second communication devices (e.g., nearby drones) searched.<br><br>As shown below, the remote controller with WiFi Cam app checks the accused product's internal flight path module (e.g., a certain application program) after a connection is established. When a user sets or changes waypoints in the app, the data is sent from the mobile device to the accused product. The received data is processed by the server to update stored flight path information. Thus, when a user taps the flight path icon (e.g., touch gesture detected on the first communication device) on the remote controller with WiFi Cam app, the accused product receives the user defined waypoints and automatically update its flight path.<br><br>- Map out your own aerial journey with the Ninja Dragon Blade K and let your aircraft chart the course without you!<br><br>- Way-point Flight: Plan your flying route by drawing the dots on the built-in map on the App, recording the beautiful scenery along the route.<br><br>- 2.4GHz anti-interference technology.<br><br>- Experience smooth flying with 4 channels for ascension, descent, forward, backward, leftward, rightward and delightful 360°rolls!<br><br>- Function: up / down, front / back, left / right turn, lateral flight, three-level flight speed, around flight, waypoint flight, altitude hold mode, headless mode, one key return, one key take off and landing, WiFi FPV, dual camera / video, Infrared Obstacle Avoidance |

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow

Features:

- Foldable arms, small size, easy to carry.

- Capture crisp visuals from all angles with the Drone's integrated HD dual wide-angle camera. Enjoy wide range HD photos and videos that astound!

-Enjoy the convenience of connecting with the Wi-Fi function to your APP or APK system, allowing you to take stunning pictures and videos with your phone's camera while transmitting in real time.

https://web.archive.org/web/20250209190007/https://ninjadragons.com/products/ninja-dragon-blade-k-4-way-anti-collision-smart-drone-with-optical-flow



https://www.youtube.com/watch?v=lpMcENQQL74



https://shop.popsci.com/sales/ninja-dragon-blade-k-4k-drone-with-anti-collision-and-optical-flow



https://www.youtube.com/watch?v=lpMcENQQL74

7.  Turn on the wifi from your mobile phone and do a quick scan

8.  Select **"WIFI_FPV_XXX"** and connect

9.  Open the app and tap "START" on the top right hand corner



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079

As shown below, for an exemplary drone, when the user taps the flight path icon (e.g., a touch gesture) on the app, the accused product receives the user defined waypoints and automatically adjusts the flight path.



https://www.firstquadcopter.com/download/ninja-dragon-alpha-z-pro-user-manual/?wpdmdl=64824&refresh=69f86f37e07f71777889079